UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20029-CIV-SEITZ/SIMONTON

JAMES FONT,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## FINAL JUDGMENT AS TO COUNTS I, II, III, IV AND VI

THIS MATTER is before the Court on Plaintiff's Notice of Acceptance of Offer of Judgment [DE-16].[1] Based on the court's review of that Notice final Judgment will entered on Counts I, II, III, IV and VI. The parties will proceed on Count V. Accordingly, it is

ORDERED THAT

(1)    Judgment is entered in favor of Plaintiff James Font and against Defendant NCO Financial Systems, Inc. on Counts I, II, III, IV and VI in the amount of two thousand and one hundred dollars and 03/100 ($2,100.03), exclusive of attorney's fees and costs.

DONE and ORDERED in Miami, Florida this 12 day of May, 2011.

                                                PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record

---

[1] The Court previously struck a similar filing because Plaintiff failed to file a copy of the Offer of Judgment as required by Rule 68. *See* Order, p. 1 [DE-15]. Plaintiff has now complied with Rule 68.