IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-20029

JAMES FONT,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT OF CLAIMS PURSUANT TO THE TELEPHONE CONSUMER PROTECTION ACT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Southern District of Florida, Plaintiff's Notice of Settlement of claims pursuant to the Telephone Consumer Protection Act. The only claims which remain in this case are Plaintiff's claims for attorneys' fees and costs, which are pending before the Court. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **JAMES FONT**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 16th day of May 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Kenneth Grace, kgrace@sessions-law.biz.

                By: s/ Alex Weisberg
                ALEX D. WEISBERG
                FBN: 0566551
                WEISBERG & MEYERS, LLC
                ATTORNEYS FOR PLAINTIFF
                5722 S. Flamingo Road, Ste. 656
                Cooper City, FL 33330
                (954) 212-2184
                (866) 577-0963 fax
                aweisberg@attorneysforconsumers.com