IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-20029

JAMES FONT,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF DISMISSAL OF UNDERLYING CLAIMS EXCLUSIVE OF ATTORNEY'S FEES AND COSTS

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of Court of the Southern District Florida Plaintiff's Notice of Dismissal of the underlying claims in the case, exclusive of Plaintiff's claims for attorney's fees and costs, a copy of which is herewith served upon Defendant. This Court shall retain jurisdiction over the issue of Plaintiff's attorney's fees and costs currently before the Court.

**RESPECTFULLY SUBMITTED** this 18th Day of July, 2011.

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Rd, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

**CERTIFICATE OF FILING**

I hereby certify that on July 18, 2011, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following: Mr. Kenneth Grace at kgrace@sessions-law.biz.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com