UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20029-CIV-SEITZ/SIMONTON

JAMES FONT,

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF DISMISSAL

THIS MATTER is before the Court upon notice that the parties have amicably settled the only claim remaining in this case [DE-23], the claim pursuant to the Telephone Consumer Protection Act. Plaintiff has also given notice that he has dismissed that remaining claim [DE-30]. Having received notice of settlement and the notice of dismissal, it is hereby

ORDERED that:

(1) Plaintiff's Telephone Consumer Protection Act claim is hereby DISMISSED.

(2) The only claims remaining in this case are for attorneys fees and costs. The court will retain jurisdiction over those claims.

(3) This case is CLOSED for administrative and statistical purposes.

DONE AND ORDERED in Miami, Florida, this 23rd day of August, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record