IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-cv-20029-PAS

JAMES FONT,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## PLAINTIFF'S SATISFACTION OF JUDGMENT

NOTICE IS HEREBY GIVEN that Plaintiff and his counsel of record acknowledge that the Judgment has been received and that the Judgment is therefore fully satisfied.

    Respectfully submitted this 20th day of August, 2012.

                                  Respectfully submitted,
                                  **JAMES FONT**

                                  By: s/ Alex D. Weisberg
                                  ALEX D. WEISBERG
                                  FBN: 0566551
                                  WEISBERG & MEYERS, LLC
                                  ATTORNEYS FOR PLAINTIFF
                                  5722 S. Flamingo Rd, Ste. 656
                                  Cooper City, FL 33330
                                  (954) 212-2184
                                  (866) 577-0963 fax
                                  aweisberg@attorneysforconsumers.com

**CERTIFICATE OF SERVICE VIA REGULAR MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Mr. Kenneth Grace, Sessions, Fishman, Nathan & Israel, LLC, 3350 Buschwood Park Dr., Suite 195, Tampa FL 33618, by depositing the same on August 20, 2012, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com